# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| STEVEN BURDA, | No. 482 MAL 2015 |
|     Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
|     v. | |
| ALLA KORENMAN (F/K/A ALLA BURDA), | |
|     Respondent | |
| STEVEN BURDA, | No. 484 MAL 2015 |
|     Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
|     v. | |
| ALLA KORENMAN (F/K/A ALLA BURDA), | |
|     Respondent | |
| STEVEN BURDA, | No. 485 MAL 2015 |
|     Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
|     v. | |
| ALLA KORENMAN (F/K/A ALLA BURDA), | |
|     Respondent | |
| STEVEN BURDA, | No. 486 MAL 2015 |
|     Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
|     v. | |

ALLA KORENMAN (F/K/A ALLA BURDA),

    Respondent

  STEVEN BURDA,

    Petitioner

     v.

ALLA KORENMAN (F/K/A ALLA BURDA),

    Respondent

:
:
:
:
:
: No. 487 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 3rd day of November, 2015, the Petitions for Allowance of Appeal and Applications for Relief are **DENIED**.